FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT
FOR THE
__U.S. DISTRICT CT OF MA.__
Petitioner
__EDWIN GUNA__
__FMC DEVENS  MA. 02142__
__P O BOX 879__
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

2004 MAY -3 P 2: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

**04-40083 NMG**

VS.

__WARDEN WYNN__
Respondent(s)

CIVIL ACTION NO. _____

_____
_____
(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns: (check appropriate blank)

    _____ A conviction
    __✓__ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
    __✓__ Jail or prison conditions
    _____ Prison discipline issue
    _____ A parole problem
    _____ Other. State briefly: _____

2. Place of detention: __FMC DEVENS MA.__

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

____✓____ Yes          _____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: **US DISTRICT CT. OF MA.**

b. Nature of proceeding: **IN COMM.**

c. Grounds raised: **COMM. CLAUSE**

d. Result: **DENIED**

e. Date of result: **APPROX '98'**

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _____

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
**I WAS TIME BARRED. 28 USC 2241 IS THE PROPER AVENUE. SEE McCARThy VS DOE 146 F 3D 118 (1998)**

5. Does counsel presently represent you? ____ Yes ____✓____ No

If so, Name address and phone number of counsel: **NO**

6. Name and location of court, which imposed sentence: **US DIST. CT OF MA ONE COURTHOUSE WY Boston MA.**

7. Indictment or case number, if known: __96-1055 WGY__

8. Offense or Offenses for which sentence was imposed: __FELON IN POSSESSION OF FIREARM. 18 YRS ACC.__

9. Date upon which sentence was imposed and the term of the sentence: __3/27/96  18 YRS 5 YRS SUPERVISED RELEASE__

10. When was a finding of guilt made? (Check one)

    _____ After a plea of guilty

    ___√___ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

    ___√___ A jury

    _____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ___√___ Yes _____ No

13. If you did appeal, give the following information for each appeal:

    a. Name of court: __US CT of APP. 1ST CIRCUIT__

    b. Result: __DENIED__

    c. Date of result: __2/5/98__

    d. Citation or number of opinion: _____

    e. Grounds raised: (List each one)
    __INT CONV, MISDEMEANORS,__

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: __A COURT ORDER__

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

PLEASE HONOR THIS COURT JUDGEMENT ORDER, BECAUSE ITS A FACT I BELONG IN STATE JURISDICTION. MY SENTENCING JUDGE ABUSED HIS DISCRETION BY VIOLATING 18 USC 921 A20 AND USING STATE LAW MISDEMEANORS AS PREDICATE FELONIES AGAINST ME.

b. Ground Two: __NEWLY DISCOVERED EVIDENCE I WAS EXEMPTED__

Supporting Facts: __THE FEDERAL SYSTEM HAS NO JURISDICTION OVER STATE LAW MISDEMEANORS__

Ground Three:

Supporting Facts:

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____√_____ Yes  _____ No

(1) If your answer to "a" above is yes, what was the result? THE ENTIRE ADMINSTRATION HAS TOLD ME THEY DONT HANDLE COURT MATTERS.

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____√_____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:
_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

ITS A FACT I WAS SENTENCE TO ____ ____ ____ IN NOT A FELON THIS IS UNLAWFUL IMPRISONMENT, I DONT BELONG IN THE FEDERAL SYSTEM.

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT This COURT TO hoNOR MY COURT ORDER, A Though ITS IN MY FAVOR

Signed on this the ___ day of APRIL, 200_4_.

_____
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

Executed on: 4/28/04, 200_4_.

_____
Signature of petitioner

6

## A COURT JUDGEMENT ORDER
## BY MY FEDERAL SENTENCING JUDGE

I deny in finding the recitation of procedure in the courts of the Commonwealth is precisely as Mr. Gormley has limned it; that is, as a practical matter the judgement about how to proceed and in what court is in the first instance exercised by the district attorney of the county in which the offense took place and that thereafter the district court judge has to resolve the issues of the appropriate track of the criminal proceeding as required under the state case of Corey versus Commonwealth, 364 Massachusetts 137, 1973.

I also find as a matter of pragmatic and practical fact that the election whether to proceed in the district court or in the superior court is in all but the rarest of cases made by the government. And further, I find as fact that it appears from the record this court that in each instance the Executive and the presiding judge in the relevant district court decided to treat this offense by Mr. Gunn, or this charge against Mr. Gunn as an offense to be prosecuted in the district court where the maximum possible sentence would be two and-a-half years in the House of Correction, a sentence which we know under United States v. Idelicato is in the eyes of the commonwealth a misdemeanor sentence and not a felony sentence (February 28, 1997 Transcrip, Pgs. 13-14).

In the end, MR. GUNN'S sentence was enhanced pursuant to 18 U.S.C. 924(e), and an (18) year sentence was imposed, to be followed by five (5) years of supervised release. (add. 37) MR. GUNN'S anticipated release from imprisonment, assuming credit for "good time", is April, 2011.

## GROUNDS FOR IMMEDIATE RELEASE FORTHWITH.