```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


EDWIN GUNN,                      )
          Petitioner,            )
                                 )Civil Action No. 04-40083-WGY
     v.                          )
                                 )
DAVID WINN, WARDEN,              )
          Respondent.            )
```

## ORDER OF DISMISSAL

YOUNG, C.J.

    In accordance with this Court's order dated May 17, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                         By the Court,


Date: May 20, 2004        By /s/ Barbara Morse
                                Deputy Clerk